**Opinion issued June 11, 2026**



In The

# Court of Appeals

For The

# First District of Texas

—————————————————

## NO. 01-25-01011-CV

—————————————————

**CHARLIE JONES, Appellant**

**V.**

**NORTH HOUSTON MOTORS INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1250067**

---

## MEMORANDUM OPINION

Appellant Charlie Jones's brief was due to be filed on April 16, 2025. On May 4, 2026, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to the Court's notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP.

P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.